**Fill in this information to identify the case:**

Debtor 1: Johnette Stewart

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Southern District of Mississippi (State)

Case number: 24-02100

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** USDA - Rural Housing Service Centralized Servicing Center

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 5 8 5 9

**Date of payment change:**
Must be at least 21 days after date of this notice: 12/26/2025

**New total payment:** $ 243.79
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 22.58      New escrow payment: $ 24.18

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%      New interest rate: _____%

   Current principal and interest payment: $ _____      New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: Payment Assistance/Subsidy Expired.

   Current mortgage payment: $ 200.69      New mortgage payment: $ 243.79

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Cassandra Spencer                          Date  09/23/2025
Signature

Print:   Cassandra Spencer                       Title  Bankruptcy Specialist
         First Name    Middle Name   Last Name

Company   USDA - Rural Housing Service
          Centralized Servicing Center

Address   PO Box 66879
          Number          Street

          St. Louis, MO 63166
          City                State     ZIP Code

Contact phone  (800) 349-5097 ext              Email  sm.rd.so.bkr@usda.gov

# IN THE UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi
### PAYMENT CHANGE SUMMARY

**Completed By:** Cassandra Spencer                                       09/23/2025
                                                                            (Date)

**Debtor(s) & Address:** Johnette Stewart
142 Pacific Cir
Crystal Springs, MS 39059

**Case No.** 24-02100
**Claim No.** 3
**USDA Acct No.** 5 8 5 9

**Attorney & Address:** Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

**Trustee & Address:** orri Parker Martin
Torri Parker Martin, Chapter 13 Bankruptcy Trustee
200 North Congress Street, Ste. 400
Jackson, MS 39201

**Effective** 12/26/2025 **, the monthly ongoing payment is changing due to:**

No    Yes ✓ **ESCROW:**

No    Yes ✓ **OTHER:**    Payment Assistance/Subsidy Expired.

## PAYMENT CALCULATION

|  | Current Payment |  | New Payment |
|---|---|---|---|
| Principal & Interest | 219.61 | Principal & Interest | 219.61 |
| Less Subsidy | 41.50 | Less Subsidy |  |
| Total P&I Payment | 178.11 | Total P&I Payment | 219.61 |
|  |  |  |  |
| Escrow | 22.58 | Escrow | 22.50 |
| Escrow shortage |  | Escrow shortage | 1.68 |
| Total Escrow | 22.58 | Total Escrow | 24.18 |
|  |  |  |  |
| Fees |  | Fees |  |
|  |  |  |  |
| Total Payment | 200.69 | Total Payment | 243.79 |

| | |
|---|---|
| Southern District of Mississippi | Case No.   24-02100 |
| | Claim No.   3 |

## CERTIFICATE OF SERVICE

I, Cassandra Spencer, do hereby certify that on 09/23/2025, I served copies of the Notice of Mortgage Payment Change, to the following participants by the United States Postal Service, postage prepaid, and/or by CM/ECF as indicated:

**By U.S. Mail, postage prepaid:**

Debtor(s)

Johnette Stewart

142 Pacific Cir
Crystal Springs, MS 39059

**Via CM/ECF:**

Debtor's Attorney of Record:

Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

Chapter 13 Trustee:

orri Parker Martin
Torri Parker Martin, Chapter 13 Bankruptcy Trustee
200 North Congress Street, Ste. 400
Jackson, MS 39201

Date:  09/23/2025            /s/ Cassandra Spencer
                              Cassandra Spencer
                              Bankruptcy Specialist
                              USDA, Rural Housing Service
                              1-800-349-5097 ext.

"

```
E
USDA RURAL DEVELOPMENT            -650
211 NORTH BROADWAY
SUITE 1701; MAIL STOP 2221
ST. LOUIS              MO 63102

800-414-1226



JOHNETTE STEWART
142 PACIFIC CIRCLE
CRYSTAL SPRINGS        MS 39059-1010
                                            DATE: 09/22/25


        *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING 12/26/25 THROUGH 11/30/26.
------- ANTICIPATED PAYMENTS FROM ESCROW - 12/26/25 THROUGH 11/30/26 -------
              FP INSURANCE                         270.10

              TOTAL PAYMENTS FROM ESCROW           270.10

              MONTHLY PAYMENT TO ESCROW             22.50 (1/12TH OF ABOVE TOTAL)

------- ANTICIPATED ESCROW ACTIVITY - 12/26/25 THROUGH 11/30/26--------
        -ANTICIPATED PAYMENTS-              -- ESCROW BALANCE COMPARISON --
MONTH   TO ESCROW   FROM ESCROW   DESCRIPTION    ANTICIPATED        REQUIRED
                    ACTUAL  STARTING BALANCE         204.89          225.10
DEC 25   22.50                                       227.39          247.60
JAN 26   22.50                                       249.89          270.10
FEB 26   22.50                                       272.39          292.60
MAR 26   22.50       270.10   FP INSURANCE ALP        24.79   RLP     45.00
APR 26   22.50                                        47.29           67.50
MAY 26   22.50                                        69.79           90.00
JUN 26   22.50                                        92.29          112.50
JUL 26   22.50                                       114.79          135.00
AUG 26   22.50                                       137.29          157.50
SEP 26   22.50                                       159.79          180.00
OCT 26   22.50                                       182.29          202.50
NOV 26   22.50                                       204.79          225.00

------------ DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ------------

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS       -20.21.
NOTE - THIS SHORTAGE THAT WILL BECOME PART OF YOUR MONTHLY PAYMENT
WILL BE COLLECTED FOR A PERIOD OF 12 MONTHS FROM DECEMBER 26, 2025.
```

```
IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED
BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS          0.00.
DEPENDING ON THE AMOUNT AND APPLICABLE FEDERAL AND STATE REQUIREMENTS, THE
SURPLUS FUNDS WILL EITHER BE SENT TO YOU IN THE FORM OF A CHECK OR APPLIED TO
FUTURE PAYMENTS.


------------------- CALCULATION OF YOUR NEW PAYMENT AMOUNT ------------------
            PRINCIPAL & INTEREST                              219.61
            ESCROW (1/12TH OF ANNUAL ANTICIPATED               22.50
               DISBURSEMENTS AS COMPUTED ABOVE)
            PLUS: OPTIONAL INSURANCE PREMIUMS                   0.00
            PLUS: REPLACEMENT RESERVE OR FHA SVC CHG            0.00
            PLUS: SHORTAGE PAYMENT                              1.68
            MINUS: SURPLUS CREDIT                               0.00
            ROUNDING ADJUSTMENT                                 0.00
            MINUS: BUYDOWN/ASSISTANCE PAYMENTS                  0.00


BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 12/26/25     243.79
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS       45.00.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE
IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS          45.00.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
12/24        22.58      01/25          22.58        02/25         225.80   *
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
00/00         0.00                             00/00        0.00
00/00         0.00                             00/00        0.00
```

```
E
USDA RURAL DEVELOPMENT            -650
211 NORTH BROADWAY
SUITE 1701; MAIL STOP 2221
ST. LOUIS              MO 63102

800-414-1226



JOHNETTE STEWART
142 PACIFIC CIRCLE
CRYSTAL SPRINGS        MS 39059-1█

                                     DATE: 09/22/25


* ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - LAST CYCLE ACCOUNT HISTORY *

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW
ACTIVITY TO THE ACTUAL ESCROW ACTIVITY BEGINNING DEC 26, 2024 AND ENDING NOV 30,
2025. IF YOUR LOAN WAS PAID-OFF, ASSUMED OR TRANSFERRED DURING THIS PRIOR CYCLE,
OR THE COMPUTATION YEAR IS BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT.
THIS STATEMENT IS INFORMATIONAL ONLY AND REQUIRES NO ACTION ON YOUR PART.

             --- YOUR PAYMENT BREAKDOWN AS OF DEC 26, 2024 IS ---

              PRINCIPAL & INTEREST          219.61
              ESCROW DEPOSIT                 21.59
              OPTIONAL INSURANCE              0.00
              REPLACE RESV/FHA SVC CHG        0.00
              SHORTAGE                        0.99
              DEFICIENCY                      0.00
              SURPLUS                         0.00
              ROUNDING                        0.00
              LESS BUYDOWN/ASST PAYMENT      41.50
              BORROWER PAYMENT              200.69
```

| MONTH  | PAYMENTS TO ESCROW PRIOR PRJ | ACTUAL | PAYMENTS FROM ESCROW PRIOR PRJ | ACTUAL | DESCRIPTION | ESCROW BALANCE PRIOR PRJ | ACTUAL |
|---|---|---|---|---|---|---|---|
| SEP 24 | 0.00 | | | | | 0.00 | 0.00 |
| OCT 24 | 0.00 | | | | | 0.00 | 0.00 |
| NOV 24 | 0.00 | | | | | 0.00 | 0.00 |
| | | | | | STARTING BALANCE | 215.97 | -21.77 |
| DEC 24 | 21.59 | * | | | | 237.56 | -21.77 |
| JAN 25 | 21.59 | * | | | | 259.15 | -21.77 |
| FEB 25 | 21.59 | * | | | | 280.74 | -21.77 |
| MAR 25 | 21.59 | * | 259.15 | * | | 43.18 T | -21.77 |
| APR 25 | 21.59 | 22.58 | | 270.10 | FP INS | | |
| APR 25 | | 22.58 | | | | | |
| APR 25 | | 22.58 | | | | | |
| APR 25 | | 22.58* | | * | | 64.77 | -201.55 A |
| MAY 25 | 21.59 | 22.58* | | | | 86.36 | -178.97 |
| JUN 25 | 21.59 | 22.58* | | | | 107.95 | -156.39 |

```
JUL 25      21.59       22.58
JUL 25                  22.58
JUL 25                  22.58*                              129.54      -88.65
AUG 25      21.59       22.58*                              151.13      -66.07
SEP 25      21.59         **                                172.72      -66.07
OCT 25      21.59         **                                194.31      -66.07
NOV 25      21.59         **                                215.90      -66.07
TOTALS                  225.80          270.10
```

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHED THE LOWEST POINT, THAT BALANCE WAS TARGETED NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED DISBURSEMENTS. YOUR LOAN DOCUMENTS OR STATE LAW MAY SPECIFY THAT YOUR LOWEST BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT BALANCE (T) WAS      43.18. YOUR ACTUAL LOW POINT ESCROW BALANCE (A) WAS   -201.55.

BY COMPARING THE ANTICIPATED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS YOU CAN DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED. AN ASTERISK (*) INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE PROJECTED ACTIVITY AND THE ACTUAL ACTIVITY. A DOUBLE ASTERISK (**) INDICATES PROJECTED ACTIVITY THAT HAS NOT YET OCCURRED DUE TO THE DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR PROJECTION TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT TO OR DISBURSEMENT FROM ESCROW):

ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
```
02/24       22.58       03/24       22.58       04/24       22.58
```
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
```
00/00        0.00                               00/00        0.00
00/00        0.00                               00/00        0.00
00/00        0.00                               00/00        0.00
```